UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA BALL | CIVIL ACTION |
| VERSUS | NO. 18-4750 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "H" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is REMANDED to the Social Security Administration with instructions to vacate the Commissioner's decision and conduct further proceedings consistent with the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 10th day of May, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE